# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexey Kovalev, ) | No. CV07-1793 PHX-DGC (DKD) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Alberto R. Gonzales, ) | |
| Respondent. ) | |

Pending before the Court are Petitioner Alexey Kovalev's petition for writ of habeas corpus and United States Magistrate Judge David K. Duncan's Report and Recommendation ("R&R"). Dkt. ##1, 7. The R&R recommends that the Court deny and dismiss the petition with prejudice. Dkt. #7 at 5. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny and dismiss the Petition with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may

1 accept, reject, or modify, in whole or in part, the findings or recommendations made by the
2 magistrate"); Fed. R. Civ. P. 72(b) (same).
3 **IT IS ORDERED:**
4     1.     Magistrate Judge David K. Duncan's R&R (Dkt. #7) is **accepted**.
5     2.     Petitioner Alexey Kovalev's petition for writ of habeas corpus (Dkt. #1) is
6 **denied and dismissed with prejudice**.
7     3.     The Clerk of Court shall **terminate** this action.
8 DATED this 11th day of February, 2008.

*David G. Campbell*
David G. Campbell
United States District Judge